## UNIFIED SCHOOL DISTRICT NO. 1 *v.* CONNECTICUT DEPARTMENT OF EDUCATION ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 64 Conn. App. 273 (AC 19311), is denied.

ZARELLA, J., did not participate in the consideration or decision of this petition.

*Ann E. Lynch,* assistant attorney general, in support of the petition.

*Gwendolyn K. McDonald,* in opposition.

Decided September 20, 2001

## STATE OF CONNECTICUT *v.* KELWOOD WHITE

The defendant's petition for certification for appeal from the Appellate Court, 64 Conn. App. 126 (AC 19326), is denied.

*David B. Rozwaski,* special public defender, in support of the petition.

*James M. Ralls,* assistant state's attorney, in opposition.

Decided September 20, 2001